```
 1  JEFFER, MANGELS, BUTLER & MARMARO LLP
    JEFFREY K. RIFFER (Bar No. 87016)
 2  2121 Avenue of the Stars
    Tenth Floor
 3  Los Angeles, California 90067-5010
    Telephone: (310) 203-8080
 4  Facsimile: (310) 203-0567

 5  Attorneys for Defendant
    LUCENT TECHNOLOGIES INC.
 6

 7

 8                   UNITED STATES DISTRICT COURT

 9                  NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11

12  SCHOENDUVE CORPORATION, a    )  CASE NO.  C 01-20767 RMW ADR
    California corporation       )
13                               )  LUCENT'S RESPONSE TO
                    Plaintiff,   )  PLAINTIFF'S MOTION FOR A
14                               )  PROTECTIVE ORDER
    v.                           )
15                               )
    LUCENT TECHNOLOGIES, INC.,   )  DATE: November 2, 2001
16  a Delaware Corporation; and  )  TIME: 9:00 a.m.
    DOES 1-20, inclusive.        )  PLACE: Courtroom of Hon. Ronald
17                               )  M. Whyte
                    Defendants.  )
18  _____)

19

20

21       The parties have agreed to a Protective Order.

22  Plaintiff filed the stipulated Protective Order yesterday.

23  Accordingly, plaintiff's motion is moot.

24  DATED: October 12, 2001    JEFFER, MANGELS, BUTLER & MARMARO LLP
                               JEFFREY K. RIFFER
25

26
                               By:_____
27                                 JEFFREY K. RIFFER
                               Attorneys for Defendant LUCENT
28                             TECHNOLOGIES INC.
```

PRINTED ON RECYCLED PAPER

LADOCS\2726394 1

LUCENT'S RESPONSE TO PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER **Case No.01-20767 RMW ADR**